In the Matter of the Claim of MARGARET ROBERTS, Respondent, against ÆTNA CASUALTY AND SURETY COMPANY et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Argued February 10, 1930; decided March 18, 1930.)

*Frank L. Ward* for appellants.

*Hamilton Ward, Attorney-General* (*E. C. Aiken* of counsel), for State Industrial Board, respondent.

*John H. O'Day* for claimant, respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.